

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROYLEE SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-015
)
WILLIAM LEWIS, Chief )
Assistant Public Defender; )
and JACQUELYN R. CARUANA, )
Assistant Public Defender; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which objections have been filed (Doc. 14). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. As a result, Plaintiff's Motion for Summary Judgment (Doc. 7) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of March 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA